IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TODD H. MERCER                                                                  PLAINTIFF

v.            Civil No. 4:15-cv-04052

SHERIFF DANNY MARTIN,
Nevada County, Arkansas;
JAILER PATRICIA FRANKLIN;
and CHIEF DEPUTY MILLER                                         DEFENDANTS

**JUDGMENT**

For the reasons stated in an opinion of even date, the Defendants' Motion for Summary Judgment (ECF No. 35) is **GRANTED and this CASE DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED this 8th day of August 2016.

                                               /s/ Barry A. Bryant
                                               HON. BARRY A. BRYANT
                                               UNITED STATES MAGISTRATE JUDGE