IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TODD H. MERCER                                                            PLAINTIFF

               v.                    Civil No. 4:15-cv-04052

SHERIFF DANNY MARTIN,
Nevada County, Arkansas;
JAILER PATRICIA FRANKLIN;
and CHIEF DEPUTY MILLER                                              DEFENDANTS

## ORDER

Plaintiff has filed a motion (ECF No. 56) for leave to proceed *in forma pauperis* (IFP) on appeal.  The motion (ECF No. 56) is **GRANTED**.  Pursuant to the Prison Litigation Reform Act, the Clerk is directed to collect the $505 appellate filing fee from the Plaintiff.

IT IS SO ORDERED this 30th day of August 2016.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE